IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL RHYME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MATTHEW SIEBER, ALEJANDRO | ) | |
| BALLESTEROS, ADRIEN FRANKLIN, | ) | |
| ANTON WHITE, NICOLE HOLSTROM, | ) | |
| GABRIEL SMYCZ, RAYMOND OWENS, | ) | |
| MICHAEL BOYD, JOSE RIVERA, | ) | |
| and CITY OF CHICAGO, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**COMPLAINT**

NOW COMES the Plaintiff, DARRELL RHYME, by and through his attorney, GIGI GILBERT, and complaining of Defendants, MATTHEW SIEBER, ALEJANDRO BALLESTEROS, ADRIEN FRANKLIN, ANTON WHITE, NICOLE HOLSTROM, GABRIEL SMYCZ, RAYMOND OWENS, MICHAEL BOYD, JOSE RIVERA and CITY OF CHICAGO, allege as follows:

**NATURE OF THE CASE**

1.      This suit arises from the violation of civil rights of Plaintiff, DARRELL RHYME, for illegal seizure, false arrest, and illegal detention in violation of Title 42 U.S.C. § 1983 and state law claims for malicious prosecution, respondent superior and indemnification.

**JURISDICTION**

2.      This action is brought pursuant to 42 U.S.C. § 1983 Jurisdiction is based upon 28 U.S.C. §§ 1331, 1332 and 1367. The Court has supplemental jurisdiction over the state law claims

pursuant to 28 U.S.C. § 1367 because the state law claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

## VENUE

3.  The violation of civil rights alleged herein was committed within the Northern District of Illinois to wit: County of Cook, CITY OF CHICAGO. This action properly lies in the United States District Court, Northern District of Illinois, Eastern Division.

## PARTIES

4.  Plaintiff, DARRELL RHYME, ("RHYME"), is an African American male who resides in Chicago, Illinois located in the Northern District of Illinois.

5.  Defendants, MATTHEW SIEBER ("SIEBER"), ALEJANDRO BALLESTEROS ("BALLESTEROS"), ADRIEN FRANKLIN ("FRANKLIN"), ANTON WHITE ("WHITE"), NICOLE HOLSTROM ("HOLSTROM"), GABRIEL SMYCZ ("SMYCZ"), RAYMOND OWENS ("OWENS"), MICHAEL BOYD ("BOYD") and JOSE RIVERA ("RIVERA") were at all times relevant hereto, employed by the Chicago Police Department, an agent of the CITY OF CHICAGO and acting under color of state law. The CITY OF CHICAGO is a municipal corporation.

## BACKGROUND

6.  On December 31, 2018, shortly before12:00 a.m., Plaintiff, RHYME, was in the area of 62ND and Eberhart Avenue in Chicago.

7.  Plaintiff, RHYME, was not committing or had not committed any crimes.

8.  Defendant, FRANKLIN, stopped and/or seized RHYME outside of an apartment building but inside of a yard at approximately 6139 S. Eberhart Avenue.

9.       After the illegal seizure, Defendants, SIEBER, BALLESTEROS, FRANKLIN, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD, and RIVERA illegally without probable cause searched a 2003 Cadillac which was parked near 6139 S. Eberhart.

10.      After the illegal seizure of RHYME, Defendants, TOLEDO, SIEBER, BALLESTEROS, FRANKLIN, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD and RIVERA, falsely arrested RHYME without probable cause and concocted a false story that he had a gun in the 2003 Cadillac and was the 'first' gun arrest of 2019.

11.      Defendants, TOLEDO, SIEBER, BALLESTEROS, FRANKLIN, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD and RIVERA published this false story in police reports, criminal complaints, communicated it to prosecutors, tweeted it and made it national news.

12.      The false charges caused RHYME to be detained in the Cook County Department of Corrections until on or about February 15, 2019, when he was released after the charges were *nolle prosed* by the State.

## COUNT I - 42 U.S.C. § 1983 – FALSE ARREST

13.      Each of the foregoing Paragraphs is incorporated as if restated fully herein.

14.      On or about December 31, 2018 Defendant FRANKLIN illegally seized RHYME by arresting him without probable cause that he had committed or was committing any crimes.

15.      Defendant, FRANKLIN violated Plaintiff, RHYME's Fourth and Fourteenth Amendment rights under the United States Constitution to be free from illegal seizure in violation of 42 U.S.C. § 1983.

16.      Defendant, FRANKLIN's illegal seizure of RHYME was done with malice and/or reckless indifference to his federally protected rights.

17. As a direct and proximate result of Defendant FRANKLIN'S actions, RHYME, suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, DARRELL RHYME, prays that this Honorable Court enter a judgment in his favor and against Defendants, MATTHEW SIEBER, ALEJANDRO BALLESTEROS, ADRIEN FRANKLIN, ANTON WHITE, NICOLE HOLSTROM , GABRIEL SMYCZ, RAYMOND OWENS, MICHAEL BOYD and JOSE RIVERA for the following relief:

(a)    Compensatory damages in an amount to be determined at trial;

(b)    Punitive damages in the amount to be determined at trial;

(c)    Reasonable attorneys' fees and costs; and

(d)    Such other and further relief as this court deems reasonable.

## COUNT II – 42 U.S.C. § 1983 – ILLEGAL DETENTION

18. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

19. After Defendant FRANKLIN illegally seized RHYME Defendants, TOLEDO, SIEBER, BALLESTEROS, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD, and RIVERA illegally searched a 2003 Cadillac and conspired, confederated and framed Plaintiff falsely charging him with weapons offenses.

20. In furtherance of this conspiracy Defendants FRANKLIN, TOLEDO, SIEBER, BALLESTEROS, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD, and RIVERA concocted the false story that RHYME was the 'first' gun case of 2019.

21. RHYME remained in custody of the Cook County Department of Corrections unreasonably detained or seized without probable cause to believe that he committed these weapons offenses until February 15, 2019.

22. Defendants, TOLDEO, SIEBER, BALLESTEROS, FRANKLIN, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD, and RIVERA violated Plaintiff, RHYME's Fourth and Fourteenth Amendment rights under the United States Constitution to be free from illegal and unreasonable detention in violation of 42 U.S.C. § 1983.

23. Defendants, TOLEDO, SIEBER, BALLESTEROS, FRANKLIN, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD, RIVERA, and O'BRIEN's illegal and unreasonable detention of RHYME was done with malice and/or reckless indifference to his federally protected rights.

24. As a direct and proximate result of Defendants TOLEDO, SIEBER, BALLESTEROS, FRANKLIN, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD, and RIVERA's actions, RHYME suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, DARRELL RHYME, prays that this Honorable Court enter a judgment in his favor and against Defendants, DARRELL RHYME, MATTHEW SIEBER, ALEJANDRO BALLESTEROS, ADRIEN FRANKLIN, ANTON WHITE, NICOLE HOLSTROM, GABRIEL SMYCZ, RAYMOND OWENS, MICHAEL BOYD and JOSE RIVERA for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Reasonable attorneys' fees and costs; and

(d) Such other and further relief as this court deems reasonable.

## COUNT III -MALICIOUS PROSECUTION-STATE LAW

25.     Defendant, FRANKLIN, in conjunction with the other Defendants TOLEDO, SIEBER, BALLESTEROS, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD and RIVERA commenced and/or continued criminal proceedings against RHYME.

26.     Defendants did not have probable cause or legal justification to commence or continue these criminal proceedings against RHYME.

27.     On January 15, 2019 the criminal proceedings were resolved in RHYME' favor in that all of the charges were *nolle prosequi* by the State without a preliminary hearing or grand jury indictment indicative of his innocence.

28.     As a direct and proximate result of Defendants' actions, Plaintiff, RHYME suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, and economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, DARRELL RHYME, prays that this Honorable Court enter a judgment in his favor and against Defendants, MATTHEW SIEBER, ALEJANDRO BALLESTEROS, ADRIEN FRANKLIN, ANTON WHITE, NICOLE HOLSTROM, GABRIEL SMYCZ, RAYMOND OWENS, MICHAEL BOYD and JOSE RIVERA for the following relief:

(a)     Compensatory damages in an amount to be determined at trial;

(b)     Punitive damages in the amount to be determined at trial;

(c)     Such other and further relief as this court deems reasonable.

## COUNT IV -RESPONDEAT SUPERIOR- STATE LAW

29.     Each of the foregoing Paragraphs is incorporated as if restated fully herein.

30.     In committing the acts described in the preceding paragraphs, Defendants, TOLEDO, SIEBER, FRANKLIN, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD and

RIVERA were members and agents of the Chicago Police Department an agent of the CITY OF CHICAGO and acting at all relevant times within the scope of their employment.

31.     Defendant, CITY OF CHICAGO, is liable as principal for all torts committed by its agents.

WHEREFORE, Plaintiff, DARRELL RHYME, prays that this Honorable Court enter a judgment in his favor and against Defendant, CITY OF CHICAGO for the following relief:

(a)     Compensatory damages in an amount to be determined at trial;

(b)     Reasonable attorney's fees and costs; and

(c)     Such other and further relief as this court deems reasonable.

### COUNT V- INDEMNIFICATION- STATE LAW

32.     Each of the foregoing Paragraphs is incorporated as if restated fully herein.

33.     Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

34.     Defendants, TOLEDO, SIEBER, FRANKLIN, WHITE, HOLSTROM, SMYCZ, OWENS, BOYD and RIVERA were employees of the Chicago Police Department an agent of the CITY OF CHICAGO, acting within the scope of their employment in committing the misconduct described herein.

WHEREFORE, Plaintiff, DARRELL RHYME, prays that this Honorable Court enter a judgment in his favor and against Defendant, CITY OF CHICAGO for the following relief:

(a)     Compensatory damages in an amount to be determined at trial;

(b)     Reasonable attorney's fees and costs; and

(c)     Such other and further relief as this court deems reasonable.

Respectively Submitted,


By: //s// Gigi Gilbert_____

Gigi Gilbert
Attorney for Plaintiff
53 W. Jackson, Suite #356
Chicago, IL 60604
(312) 554-0000
(312) 554-0015 fax
A.R.D.C.#: 6199394
gigigilbert@gigigilbert.com